FILED
FEB - 2 2005
J. T. NOBLIN, CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF MISSISSIPPI
JACKSON DIVISION

LEWIS GASKEW, ET AL.                                              PLAINTIFFS

VS.                                            CIVIL ACTION NO. 3:05cv09WSu

AIRGAS-GULF STATES, INC.; A. O. SMITH
CORPORATION; ARCOS INDUSTRIES, L.L.C.,
as Successors to ARCOS ALLOYS CORPORATION;
B AND R INDUSTRIAL SUPPLY, INC.;
THE BOC GROUP, INC. f/k/a AIRCO, INC;
CAPWELD, INC.;  CATERPILLAR, INC.;
COLUMBIA WELDING SERVICE, INC.;
THE DOW CHEMICAL CORPORATION;
DELORO STELLITE COMPANY, INC.;
EILAND'S WELDERS SUPPLY, INC.;
THE ESAB GROUP, INC.; EUTECTIC CORPORATION;
GENERAL ELECTRIC COMPANY;
GULF COAST MARINE SUPPLY COMPANY;
GULF TC CORPORATION as Successor to
GULF WELDING EQUIPMENT COMPANY, INC.;
HOBART BROTHERS COMPANY;
ILLINOIS TOOL WORKS, INC.;
INDUSTRIAL WELDING SUPPLIES OF
HATTIESBURG, INC. d/b/a NORDAN SMITH;
THE LINCOLN ELECTRIC COMPANY;
LINCOLN ELECTRIC HOLDINGS, INC.;
LINDE GASES OF THE SOUTH, INC. as Successor to
MON-ARC WELDING SUPPLY, INC.
as Successor to MOBILE WELDING SUPPLY
CO., INC. as Successor to  MOBILE WELDING
SUPPLY COMPANY, INC.;
MAGNOLIA WELDING SUPPLY CO., INC.;
METROPOLITAN LIFE INSURANCE COMPANY;
MILLER ELECTRIC MFG. CO. a/k/a MILLER
ELECTRIC MANUFACTURING CO., INC.;
PRAXAIR, INC.; SANDVIK, INC.;
SELECT ARC, INC.; SOCRA CORPORATION
as Successor to ARCOS ALLOYS CORPORATION;
STOODY COMPANY; TDY INDUSTRIES, INC.;
THERMADYNE HOLDINGS CORPORATION a/k/a
THERMADYNE INDUSTRIES, INC.;
UNION CARBIDE CORPORATION;
UNION CARBIDE CHEMICALS AND

PLASTICS COMPANY, INC.; VIACOM INC.;
WELDING ENGINEERING SUPPLY CO., INCORPORATED;
WESTINGHOUSE ELECTRIC CORPORATION; and
JOHN DOE DEFENDANTS A-Z                                    DEFENDANTS

## *PLAINTIFFS' MOTION FOR REMAND*

COME NOW Plaintiffs, by and through their counsel of record and file this their Motion for Remand, as follows:

1. On August 27, 2004, Plaintiffs filed their Complaint in the Circuit Court of the Second Judicial District of Hinds County, Mississippi against Defendants Airgas-Gulf States, et al.

2. Plaintiffs are adult resident citizens of the State of Mississippi.

3. The following Defendants are Mississippi corporations and/or Mississippi residents: Industrial Welding Supplies of Hattiesburg, Inc., d/b/a Nordan Smith, Capweld, Inc., Eiland's Welders Supply, Inc., B & R Industrial Supply and Columbia Welding Service, Inc. The Non-Mississippi Defendants are Airgas-Gulf States, Inc.; A. O. Smith Corporation; ARCOS Industries, L.L.C., as Successors to ARCOS Alloys Corporation; The BOC Group, Inc. f/k/a Airco, Inc; Caterpillar, Inc.; The Dow Chemical Corporation; Deloro Stellite Company, Inc.; The ESAB Group, Inc.; Eutectic Corporation; General Electric Company; Gulf Coast Marine Supply Company; Gulf TC Corporation as Successor to Gulf Welding Equipment Company, Inc.; Hobart Brothers Company; Illinois Tool Works, Inc.; The Lincoln Electric Company; Lincoln Electric Holdings, Inc.; Linde Gases of the South, Inc. as Successor to Mon-Arc Welding Supply, Inc. as Successor to Mobile Welding Supply Co., Inc. as Successor to Mobile Welding Supply Company, Inc.; Magnolia Welding Supply Co., Inc.; Metropolitan Life Insurance Company; Miller Electric Mfg. Co. a/k/a Miller Electric Manufacturing Co., Inc.; Praxair, Inc.; Sandvik, Inc.; Select Arc, Inc.; SOCRA Corporation as Successor to ARCOS

Alloys Corporation; Stoody Company; TDY Industries, Inc.; Thermadyne Holdings Corporation a/k/a Thermadyne Industries, Inc.;Union Carbide Corporation; Union Carbide Chemicals and Plastics Company, Inc.; Viacom Inc.; Welding Engineering Supply Co., Incorporated; and Westinghouse Electric Corporation.

4.  The Removing Defendants[1] filed a Notice of Removal on January 4, 2005, pursuant to 28 U.S.C. § 1441 and 1446. The Removing Defendants claim that this Court has jurisdiction under 28 U.S.C. § 1332, and that the Mississippi Defendants should be disregarded for determining diversity jurisdiction because they were fraudulently joined solely to defeat diversity jurisdiction in federal court.

5.  The Mississippi Defendants were not fraudulently joined, and Plaintiffs have a possibility of recovering against such Defendants pursuant to Miss. Code Ann. § 11-1-63.

6.  This Court lacks subject matter jurisdiction under 28 U.S.C. § 1332 in that the Complaint contains Mississippi resident Plaintiffs and Mississippi resident Defendants.

7.  Pursuant to 28 U.S.C. § 1441(b), this action is not removable as the Mississippi Defendants were properly joined and served and are citizens of the State of Mississippi. See, Memorandum and Order, In Re: Welding Rod Litigation, United States District Court Northern

---

[1] Defendants filing a Notice of Removal were the Lincoln Electric Company, A. O. Smith Corporation; the ESAB Group, Inc.; Eutectic Corporation; Hobart Brothers Company; Praxair, Inc.; Linde Gases of the South, Inc., as Successor to Mon-Arc Welding Supply, Inc., as Successor to Mobile Welding Supply Co., Inc., as Successor to Mobile Welding Supply Company, Inc. and to Magnolia Welding Supply Co., Inc., Sandvik, Inc.; Union Carbide Corporation and Union Carbide Corporation in its capacity as the successor in interest to Union Carbide Plastics and Chemicals Company, Inc.; Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation; TDY Industries, Inc. (Teledyne-McKay); The BOC Group, Inc. formerly known Airco, Inc.; formerly known as BOC Financial Corp.; and Airgas-Gulf States, Inc. The Defendants will be collectively referred to as "the Removing Defendants."

Memorandum and Order, In Re: Welding Rod Litigation, United States District Court Northern District of Ohio, Eastern Division, Case No. 1:03-CV-17000, MDL Docket No. 1535. (Exhibit "A")

8. The Removing Defendants have failed to comply with the procedural requirements of 28 U.S.C. § 1446. All Defendants did not join in removal of this case to Federal Court.

9. The Removing Defendants appear to reference 28 U.S.C. § 1442, Federal Officer Removal, as a basis for removal of this case to Federal Court. To the extent that the Removing Defendants are relying on § 1442, federal jurisdiction would be impossible due to the fact that no welding Plaintiff in this case has been exposed to fumes on any Federal Government work site or contracted property. *See, Gillory v. Ree's Contract Service, Inc.*, 872 F. Supp. 344, 347-48 (S.D. Miss. 1994) (where defendants cannot demonstrate the type of evidence necessary to support federal officer removal, plaintiffs' motion to remand must be granted.)

10. Plaintiffs specifically deny all allegations asserted in Defendants' Notice of Removal.

11. In support of this Motion, movants rely on the pleadings and their Memorandum Brief in support of their Motion for Remand.

DATED, this the ___2nd___ day of February, 2005.

Respectfully submitted,

BY: _____
C. VICTOR WELSH, III

ATTORNEYS FOR PLAINTIFFS

**PLAINTIFFS' COUNSEL TO RECEIVE PLEADINGS:**

C. VICTOR WELSH, III, ESQ.
CRYMES G. PITTMAN, ESQ.
PITTMAN, GERMANY, ROBERTS & WELSH,  L.L.P.
POST OFFICE BOX 22985
JACKSON, MS 39225-2985
PHONE: (601) 948-6200
FAX: (601) 948-6187

LOWRY M. LOMAX, ESQ. (MSB# 1394)
SCOTT O. NELSON, ESQ. (MSB# 10063)
POST OFFICE DRAWER 1368
PASCAGOULA, MS  39568-1368
PHONE: (228) 762-3161
FAX: (228) 762-5768

DON BARRETT, ESQ.
BARRETT LAW OFFICE, PA
404 COURT SQUARE NORTH
P.O. BOX 987
LEXINGTON, MS 39095
PHONE: (662) 834-2376
FAX: (662) 834-2628

RICHARD F. SCRUGGS, ESQ.
THE SCRUGGS LAW FIRM, P.A.
120A COURTHOUSE SQUARE
OXFORD, MS 38655
PHONE: (662) 281-1212
FAX: (662) 281-1312

***PLAINTIFFS ADDITIONAL OF COUNSEL:***

EUGENE C. TULLOS, ESQ.
TULLOS AND TULLOS
POST OFFICE BOX 74
RALEIGH, MS 39153-0074
PHONE: (601) 782-4242
FAX: (601) 782-4439

JAMES B. GRENFELL, ESQ.
GRENFELL, SLEDGE & STEPHENS
P. O. BOX 16570
JACKSON, MS 39236-6570
PHONE: (601) 366-1900
FAX: (601) 366-1799

JOHN L. WALKER, ESQ.
WALKER & WALKER, PLLC
1410 LIVINGSTON LANE, SUITE A
TWIN LAKES OFFICE PARK
JACKSON, MISSISSIPPI 39213
PHONE: (601) 948-4589
FAX: (601) 354-2507

RICHARD M. FOUNTAIN, ESQ.
BILL LEE, ESQ.
1771-A LELIA DRIVE
JACKSON, MS 39216
PHONE: (601) 981-0666
FAX: (601) 981-2454

ROBERT A. PRITCHARD, ESQ.
CHRISTOPHER E. FITZGERALD, ESQ.
PRITCHARD LAW FIRM, PLLC
P.O. BOX 1500
OCEAN SPRINGS, MS 39566-1500
PHONE: (228) 769-5875
FAX: (228) 769-5879

CHRISTOPHER E. FITZGERALD, ESQ.
GARRSON SCOTT & GAMBLE, P.C.
2113 GOVERNMENT STREET, SUITE D-3
OCEAN SPRINGS, MS 39566-1500
PHONE: (228) 875-9072
FAX: (228)818-2877

ROBERT F. WILKINS, ESQ.
ROBERT F. WILKINS LAW FIRM, PLLC
CAPITOL AT PRESIDENT
106 SOUTH PRESDIENT ST., SUITE 410
P. O. BOX 2777
JACKSON, MS 39207
PHONE: (601) 948-6888
FAX: (601) 948-6889

TOM SCOTT, ESQ.
SCOTT & SCOTT, LTD
P.O. BOX 2009
JACKSON, MS 39215-2009
PHONE: (601) 353-9522
FAX: (601) 353-9527

STEPHEN L. SHACKELFORD, ESQ.
2001 AIRPORT ROAD, SUITE 301
JACKSON, MS 39232
PHONE: (601) 936-9939
FAX: (601) 936-9934

L. BRELAND HILBURN
THE EAVES LAW FIRM
101 NORTH STATE STREET
JACKSON, MS 39201
(601) 355-7961 - phone
(601) 355-0530 - fax

JAMES R. REEVES, JR., ESQ.
P. O. BOX 1388
BILOXI, MS 39533-1388
PHONE: (228) 374-5151
FAX: (228) 374-6630

PATRICK C. MALOUF
PORTER & MALOUF
P. O. BOX 12768
JACKSON, MS 39236
PHONE: (601) 981-9990
FAX: (601) 981-9980

JOEY C. LANGSTON, ESQ.
THE LANGSTON LAW FIRM, P.A.
P.O. BOX 787
BOONEVILLE, MS 38829
PHONE: (662) 728-3138
FAX: (662) 728-1992

TOM RHODEN, ESQ.
RHODEN, LACY, DOWNEY & COLBERT
P.O. BOX 16845
JACKSON, MS 39236
PHONE: (601) 932-1155
FAX: (601) 936-4221

## CERTIFICATE OF SERVICE

I, C. Victor Welsh, III, do hereby certify that I have served a true and correct copy of the above and foregoing *Motion to Remand* by United States mail to the following counsel of record:

**ATTORNEYS FOR WELDING ENGINEERING SUPPLY COMPANY, INC.**
R. David Kaufman
M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES
P. O. Drawer 119
Jackson, MS 39205
(601) 948-3101 - phone
(601) 960-6902 - fax

Mark C. Carroll
BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
Post Office Box 14167
Jackson, MS 39236
(601) 351-2400 - phone
(601) 351-2424 - fax

**ATTORNEY FOR THE BOC GROUP, INC. (formerly Airco, Inc.)**
R. David Kaufman
M. Patrick McDowell
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P. O. Drawer 119
Jackson, MS 39205
(601) 948-3101 - phone
(601) 960-6902 - fax

**ATTORNEY FOR CAPWELD, INC.**
Robert P. Thompson
William Bruce McKinley
COPELAND COOK TAYLOR & BUSH
P. O. Box 6020
Ridgeland, MS 39158-6020
(601) 856-7200 - phone
(601) 856-7626 - fax

**ATTORNEY FOR B&R INDUSTRIAL SUPPLY**
Jack R. Dodson, III
CRAIG HESTER LUKE & DODSON, P.A.
P. O. Box 12005
Jackson, MS 39236-2005
(601) 957-9918 - phone
(601) 957-9917 - fax

R. David Kaufman
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, MS 39205-0119
(601) 948-3101 - phone
(601) 960-6902 - fax

***ATTORNEYS FOR DELORO STELLITE COMPANY, INC.***
Richard M. Edmonson
ARMSTRONG ALLEN, PLLC
P. O. Box 14028
Jackson, MS 39236-4028
(601) 713-1192 - phone
(601) 713-2049 - fax

Len Johnson, Esquire
STINSON MORRISON, HECKER, L.L.P.
1201 Walnut Street, Suite 2500
Kansas, MO 64106
(816) 842-8600 - phone
(816) 691-3495 - fax

***ATTORNEYS FOR GENERAL ELECTRIC CO.***
John C. McCants, III
Thomas W. Tardy, III
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
P. O. Box 22608
Jackson, MS 39225-2608
(601) 960-8600 - phone
(601) 960-8613 - fax

Bonnie J. Semilof
Katharine R. Latimer
SPRINGS & HOLLINGSWORTH
1350 I Street, NW Suite 900
Washington, D.C. 20005-3305

***ATTORNEYS FOR AIRGAS-GULF STATES, INC.***
Roy D. Campbell, III
ADAMS & REESE, LLP
P. O. Box 24297
Jackson, MS 39225-4297
(601) 353-3234 - phone
(601) 355-9708 - fax

Charles L. McBride, Jr.
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
248 East Capitol Street, Suite 1400
Post Office Drawer 119
Jackson, MS 39205

***ATTORNEYS FOR INDUSTRIAL WELDING SUPPLIES OF HATTIESBURG, INC. D/B/A NORDAN SMITH TATUM DEVELOPMENT***
David M. Ott
BRYAN NELSON RANDOLPH & WEATHERS, P.A.
P. O. Drawer 18109
Hattiesburg, MS 39404-8109
(601) 261-4100 - phone
(601) 261-4106 - fax

***ATTORNEY FOR CATERPILLAR, INC.***
Betty A. Mallett
MCGLINCHEY STAFFORD
Post Office Drawer 22949
Jackson, MS 39225
(601) 960-8400 - phone
(601) 960-8431 - fax

Eric Shuman
MCGLINCHEY STAFFORD
643 Magazine Street
New Orleans, LA 70130
(504) 596-2773 - phone
(504) 596-2861 - fax

***ATTORNEYS FOR ILLINOIS TOOL WORKS, INC. and MILLER ELECTRIC***
O. Stephen Montagnet, III
MCCRANEY, NOSELF, MONTAGNET & SANFORD
P. O. Box 16368
Jackson, MS 39236
(601) 957-7811 - phone
(601) 957-9915 - fax

Alan W. Brothers
Hubert O. Thompson
BROTHERS & THOMPSON, P.C.
100 West Monroe Street, Suite 1700
Chicago, IL 60603
(312) 372-0909 - phone
(312) 704-6693 - fax

***ATTORNEYS FOR SELECT ARC, INC.***
Richard M. Edmonson
ARMSTRONG ALLEN, PLLC
P. O. Box 14028
Jackson, MS 39236-4028
(601) 713-1192 - phone
(601) 713-2049 - fax

***ATTORNEY FOR EILAND'S WELDERS SUPPLY, INC.***
Gregg L. Spyridon
Michael W. Rutledge
SPYRIDON, KOCH, PALERMO & DORNAN
Three Lakeway Center, Suite 3010
3838 North Causeway Blvd.
Metairie, LA 70002
(504) 830-7800 - phone
(504) 830-7810 - fax

***ATTORNEYS FOR LINCOLN ELECTRIC COMPANY; LINCOLN ELECTRIC HOLDINGS, INC., A. O. SMITH CORPORATION, THE ESAB GROUP, INC.; EUTECTIC CORPORATION; HOBART BROTHERS COMPANY; PRAXAIR, INC.; LINDE GASES OF THE SOUTH, INC., AS SUCCESSOR TO MON-ARC WELDING SUPPLY, INC., AS SUCCESSOR TO MOBILE WELDING SUPPLY CO., INC., AND TO MAGNOLIA WELDING SUPPLY CO., INC.; SANDVIK, INC.,; UNION CARBIDE CORPORATION IN ITS CAPACITY AS THE SUCCESSOR IN INTEREST TO UNION CARBIDE PLASTICS & CHEMICALS COMPANY, INC.; VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION***
Michael W. Ulmer
Lewis W. Bell
WATKINS & EAGER, PLLC
P. O. Box 650
Jackson, MS 39205
(601) 948-6470 - phone
(601) 354-3623 - fax

Mark C. Carroll
Walker W. Jones, III
BAKER, DONELSON, BEARMAN, CALDWELL AND BERKOWITZ
Post Office Box 14167
Jackson, MS 39236
(601) 351-2400 - phone
(601) 351-2424 - fax

James E. Upshaw
UPSHAW, WILLIAMS, BIGGERS, BECKHAM & RIDDICK
P. O. Drawer 8230
Greenwood, MS 38935-8230
(662) 455-1613 - phone
(662) 453-9245 -fax

G. David Garner
Post Office Box 789
Raleigh, MS 39153-0789
(601) 782-9090 - phone
(601) 782-9952 - fax

***ATTORNEYS FOR TDY INDUSTRIES, INC.***
Richard L. Forman
FORMAN PERRY WATKINS KRUTZ & TARDY
P. O. Box 22608
Jackson, MS 39225-2608
(601) 960-8600 - phone
(601) 960-8613 - fax

***ATTORNEYS FOR COLUMBIA WELDING SERVICE, INC.***
William L. Smith
Richard F. Yarborough, Jr.
SMITH REEVES & YARBOROUGH, PLLC
6360 I-55 North, Suite 201
Jackson, MS 39211
(601) 965-7255 - phone
(601) 977-9299 - fax

***ATTORNEYS FOR THE DOW CHEMICAL COMPANY***
Ross F. Lagarde
ABBOTT, SIMSES & KUCHLER
5100 Village Walk, Suite 200
Covington, LA 70433
(985) 893-2991 - phone
(985) 898-0383 - fax

***ATTORNEYS FOR ARCOS INDUSTRIES, L.L.C. as Successors to ARCOS ALLOYS CORPORATION, and SOCRA CORPORATION as Successors to ARCOS ALLOYS CORPORATION***
Steven J. Irwin
Leah B. Broussard
Daniel E. Oser
James M. Matherne
DUNCAN, COURINGTON & RYDBERG, LLC
400 Poydras Street, Suite 1200
New Orleans, LA 70130
(504) 524-5566 - phone
(504) 524-7887 - fax

***ATTORNEYS FOR STOODY COMPANY AND THERMADYNE HOLDING CORPORATION a/k/a THERMADYNE INDUSTRIES, INC.***
James E. Upshaw
Lonnie D. Bailey
UPSHAW, WILLIAMS, BIGGERS, BECKHAM & RIDDICK, LLP
Post Office Box 8230
Greenwood, MS 38935-8230
(662) 455-1613 - phone
(662) 455-7884 - fax

***ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY***
David A. Barfield
Kimberly P. Mangum
BARFIELD & ASSOCIATES
233 East Capitol Street
P. O. Drawer 3979
Jackson, MS 39207-3979
(601) 968-9420 - phone
(601) 968-9425 - fax

***ATTORNEYS FOR GULF COAST MARINE SUPPLY COMPANY***
Thomas W. Tardy, III
FORMAN, PERRY, WATKINS, KRUTZ & TARDY
188 E. Capitol Street, Suite 1200
P. O. Box 22608
Jackson, MS 39225-2608
(601) 960-8633 - phone
(601) 960-3134 - fax

***ATTORNEYS FOR GULF TC CORPORATION** as Successor to*
***GULF WELDING EQUIPMENT COMPANY, INC.***
R. David Kaufman
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, MS 39205-0119
(601) 948-3101 - phone
(601) 960-6902 - fax

DATED this the _2nd_ day of February, 2005.

_____
C. VICTOR WELSH, III